**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re:<br><br>ULTRA PETROLEUM CORP., et al.,<br><br>　　　　Debtors. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No.: 16-32202<br><br>(Jointly Administered) |
| GASCONADE OIL CO.<br>RIGGS OIL & GAS CORPORATION<br>THE ROY H. DUBITZKY TRUST DATED<br>　JUNE 28, 1996, ROY H. DUBITZKY<br>　TRUSTEE<br><br>　　　Plaintiffs<br><br>v.<br><br>ULTRA PETROLEUM CORP.<br>KEYSTONE GAS GATHERING, LLC<br>ULTRA RESOURCES, INC.<br>ULTRA WYOMING LGS, LLC<br>UP ENERGY CORPORATION<br>ULTRA WYOMING, INC.<br>UPL PINEDALE, LLC<br>UPL THREE RIVERS HOLDINGS, LLC<br><br>　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adversary No. 17-3019 |

**ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE**
**DORSEY T. ROACH AS EXPERT WITNESS**

　　Came on for consideration the Plaintiffs' Motion to Strike Dorsey T. Roach as Expert Witness and having considered the pleadings, evidence, and argument of counsel, the Court finds that the Motion should be granted. It is therefore:

　　ORDERED that Plaintiffs' Motion to Strike Dorsey T. Roach as Expert Witness is GRANTED.

　　　.

1

Dated:_____, 2018

_____
The Honorable Marvin Isgur
United States Bankruptcy Judge