```
 1            UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF TEXAS
 2                  HOUSTON DIVISION
     _____
 3
     In re:
 4
     ULTRA PETROLEUM CORP., ET AL.,    Chapter 11
 5
          Debtors.                     Case No. 16-32202
 6
                                       (Jointly Administered)
 7   _____

 8   GASCONADE OIL CO.
     RIGGS OIL & GAS CORPORATION
 9   THE ROY H. DUBITZKY TRUST DATED
     JUNE 28, 1996, ROY H. DUBITZKY
10   TRUSTEE

11        Plaintiffs                  Adversary No. 17-3019

12   v.

13   ULTRA RESOURCES, INC.
     UPL PINEDALE, LLC
14
          Defendants
15   _____

16           DEPOSITION OF WALTER CLIFTON ARBUCKLE
                       March 15, 2018
17   _____

18

19

20

21

22

23                            EXHIBIT

24                               B

25
```

EXHIBIT B

Walter Arbuckle
June 28, 1996                                                                 2

```
 1   APPEARANCES:

 2   ON BEHALF OF THE PLAINTIFFS:
             SCOTT M. CAMPBELL, ESQ.
 3           Poulson Odell & Peterson, LLC
             1775 Sherman Street, Suite 1400
 4           Denver, Colorado 80203
             Phone:  303-861-4400
 5           Email:  scampbell@popllc.com

 6   ON BEHALF OF THE DEFENDANTS:
             T. BROOKE FARNSWORTH, ESQ.
 7           Farnsworth & vonBerg, LLP
             333 North Sam Houston Parkway, Suite 300
 8           Houston, Texas 77060
             Phone:  281-931-8902
 9           Email:  brooke@fvllp.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    PURSUANT TO WRITTEN NOTICE and the Federal

2  Rules of Civil Procedure, the deposition of WALTER

3  CLIFTON ARBUCKLE, called for examination by the

4  Defendants, was taken at the offices of Poulson Odell &

5  Peterson, LLC, 1775 Sherman Street, Suite 1400, Denver,

6  Colorado, commencing at 9:30 a.m. on March 15, 2018,

7  before Deborah A. VanDemark, RPR, CRCR, and Notary Public

8  in and for the State of Colorado.

9                         I N D E X

10 EXAMINATION:                                            PAGE

11     By Mr. Farnsworth                                     5

12 EXHIBITS:                                               PAGE

13    57    Plaintiff's Rule 26(a)(1) Initial              13
            Disclosures
14
      58    Series of Letters, Bates Riggs                 22
15          000575-000582 and Dubitzky 000434-000438

16    59    Pinedale/Jonah Gulch Chronological Notes,      30
            Riggs 000647-000649
17
      60    Structure Map of Pinedale Anticline, Bates     39
18          Riggs 000585

19    61    Letter from W. Clifton Arbuckle to Fossil      41
            Associates dated 2/11/91, Dubitzky 000690
20
      62    Letter from W. Clifton Arbuckle to Fossil      42
21          Associates dated 4/25/91, Bates Riggs
            000651, Dubitzky 000688
22
      63    Letter from W. Clifton Arbuckle to Fossil      43
23          Associates dated 5/6/91, Bates Dubitzky
            000363 and Riggs 000650
24
      64    Drawing                                        45
25

Walter Arbuckle
June 28, 1996                                                    23

1   Q.   Okay.  "In an effort to resolve various
2   inconsistencies relative to Filing Area leases as opposed
3   to designated Prospects."
4   A.   Yes.
5   Q.   What -- do you have an understanding what
6   he means by "Filing Area leases"?
7   A.   We had -- part of the Fossil discussion
8   with CNG was not only did Fossil present CNG with
9   designated prospects; but in the event they were going to
10  open an office, the Fossil group thought it would be a
11  good idea for CNG to build up an inventory of acreage,
12  oil and gas leases, in basins that were known to produce
13  oil and gas; and it was an effort to create an inventory
14  of these oil and gas leases in these basins.  Hence they
15  took maps of producing basins and called them Filing
16  Areas.
17  Q.   Okay.  If you'll turn in that exhibit back
18  to -- close to the back and the page at the bottom
19  right-hand it's labeled Dubitzky 434.
20  A.   434, yes.
21  Q.   Okay.  It's a letter dated April 5, 1985
22  to -- I'm not sure I could pronounce his name -- Paul --
23  A.   Plusquellec.
24  Q.   -- Plusquellec with CNG Producing from
25  Fossil Associates, and it was signed by Walter K.

Walter Arbuckle
June 28, 1996                                                    24

```
 1   Arbuckle.
 2           A.   Correct.
 3           Q.   Have you seen this before that you can
 4   remember?
 5           A.   No.
 6           Q.   Okay.  Well, it kind of talks about what
 7   you were saying.  The first paragraph says, "This letter
 8   is prepared to summarize Fossil's recommendation to CNG
 9   Producing Company concerning a geological oriented
10   program to acquire leases on Federal lands through the
11   simultaneous lease filing program."  Did I read that
12   correctly?
13           A.   No.  Let's do it again.  Where are you
14   now?
15           Q.   Very first paragraph.
16           A.   The very first one.
17           Q.   It says, "This letter is prepared" --
18           A.   Okay.
19           Q.   -- "to summarize Fossil's recommendation
20   to CNG Producing Company concerning a" geologically -- "a
21   geological oriented program to acquire leases on Federal
22   lands through the simultaneous lease filing program."
23           A.   Correct.
24           Q.   Okay.  And this is what they were doing,
25   was inventorying leases.  So this is related to --
```

Walter Arbuckle
June 28, 1996                                                                 25

1     A.   Yes.
2     Q.   Now, if you'll turn back to page 3, you'll
3  see Filing Areas, as you mentioned.
4     A.   Right.
5     Q.   Filing Area 6.
6     A.   Okay.
7     Q.   Pinedale field area.
8     A.   Yes.
9     Q.   So it appears from this that your father
10 was proposing to CNG to undertake an acreage accumulation
11 for CNG in various areas, one of which was the Pinedale
12 field area?
13    A.   Yes.
14    Q.   If you go back to the letter that precedes
15 that -- let's go back one more.  Yeah, the letter that
16 precedes that dated May 1, 1985 from CNG Producing
17 Company to Fossil Associates.
18    A.   What's the number?
19    Q.   581.
20    A.   Okay.
21    Q.   Okay.  And first paragraph says, "This
22 letter agreement serves to confirm and amend the terms of
23 the letter proposal dated April 5, 1985 from Fossil
24 Associates to CNG Producing Company," right?
25    A.   Correct.

1          CERTIFICATE OF DEPOSITION OFFICER

2    STATE OF COLORADO              )

3    CITY AND COUNTY OF DENVER      )

4          I, Deborah A. VanDemark, a Registered

5    Professional Reporter and Notary Public within and for

6    the State of Colorado, commissioned to administer oaths,

7    do hereby certify that previous to the commencement of

8    the examination, the witness was duly sworn by me to

9    testify to the truth in relation to matters in

10   controversy between the said parties; that the said

11   deposition was taken in stenotype by me at the time and

12   place aforesaid and was thereafter reduced to typewritten

13   form by me; and that the foregoing is a true and correct

14   transcript of my stenotype notes thereof.

15          That I am not an attorney nor counsel nor in any

16   way connected with any attorney or counsel for any of the

17   parties to said action nor otherwise interested in the

18   outcome of this action.

19          My commission expires:  March 4, 2021.

20

21   _____
     DEBORAH A. VANDEMARK
22   Registered Professional Reporter
     Colorado Realtime Certified Reporter
23   Notary Public, State of Colorado

24

25